**No. P67/352.**—Kaytee Imports, Inc. *v.* United States, protests 63/15027, etc. (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of light sets similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (57 Cust. Ct. 348, C.D. 2813), the claim of the plaintiff was sustained.

**No. P67/353.**—Eldon Industries, Inc., et al. *v.* United States, protests 65/15870, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of motors of under $\frac{1}{10}$ horsepower similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P67/354.**—Seaway Importing Co. and Saunders *v.* United States, protest 66/26306 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

**No. P67/355.**—Rettrain Imports, Inc. *v.* United States, protests 66/36443 and 66/79712 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.